# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Vera Williams,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    **Case No. 11-3083-CV-S-JTM** |
| | ) |
| **Great American Ins. Co.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is the *Joint Motion To Remand*, filed November 28, 2012 [Doc. 37]. After due consideration of the issue presented, and for good cause appearing, it is

**ORDERED** that the *Joint Motion To Remand*, filed November 28, 2012 [Doc. 37] is **GRANTED**. Accordingly, this matter is remanded to the Circuit Court of Greene County, Missouri.

                                                   */s/ John T. Maughmer*
                                                       **John T. Maughmer**
                                            **United States Magistrate Judge**